IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BOEHM, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1291 |
| | ) | Judge Donetta W. Ambrose/ |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Amy Reynolds Hay |
| | ) | |
| Defendant | ) | |

## ORDER

AND NOW, this 30th day of May, 2006, after the plaintiff, Andrew Boehm, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED;

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that the decision of the Commissioner of Social Security denying Plaintiff's application for childhood disability benefits and supplemental

security income is affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*[signature]*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Karl E. Osterhout, Esq.
1789 S. Braddock Avenue, Suite 570
Pittsburgh, PA 15218

N. Leah Fink, Esq.
KUNKEL & FINK
1208 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Megan Farrell
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219